Helen Heitz, Ruth Heitz, Now Ruth Heitz Hopkins, and Charles Heitz. Charles Heitz, Plaintiff-Appellee, v. Ernest Hersheway, Defendant-Appellant.

Gen. No. 10,723.

Zwanzig, Thompson & Lanuti, for appellant; Berry & O'Conor, for appellee. Opinion *Per Curiam.* Not to be published in full. Opinion filed July 21, 1954; rehearing denied September 7, 1954; released for publication September 7, 1954.